

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: __08 MJ 8508__

The person charged as __DIAZ, Faustino__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __New Mexico ( Las Cruces)__

in violation of __Probation Violation Petition__

with __Title 18, United States Code, Section 3606__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __06/06/2008__

(signature)

__a/ HERNANDEZ SX.__
(Printed Name)
Deputy United States Marshal, __SDCISM__

Reviewed and Approved:

Dated: __6-6-08__

Assistant United States Attorney

**FILED**
JUN - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __MB__ DEPUTY

≈AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     NEW MEXICO

UNITED STATES OF AMERICA

V.

FAUSTINO DIAZ

## WARRANT FOR ARREST

Case Number: 2:00CR00355-001LH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Faustino Diaz _____
                                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  X Probation Violation Petition

charging him or her     (brief description of offense)

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation of the conditions of probation or supervised release as set by the Honorable John E. Conway.

in violation of _____ United States Code, Section(s) _____

ROBERT M. MARCH                CLERK
Name of Issuing Officer               Title of Issuing Officer

_[signature]_              12/30/03 Las Cruces, N.M
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____ by _____
                                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C
(Rev. D/NM-5/03)

# UNITED STATES DISTRICT COURT
## For The
## DISTRICT OF NEW MEXICO

FILED

03 DEC 30 AM 8: 49

### Petition for Revocation of Supervision

| | |
|---|---|
| Name of Offender: | Faustino Diaz |
| Case Number: | 2:00CR00355-001LH |
| Name of Sentencing Judge: | Honorable John Edwards Conway, Senior United States District Judge |
| Date of Original Sentence: | August 08, 2000 |
| Original Offense: | Possession With Intent to Distribute 100 Kilograms and More of Marijuana, and Aiding and Abetting, in violation of 21 U.S.C. 841(a)(1), 21 U.S.C. 841(b)(1)(B), and 18 U.S.C. 2. |
| Original Sentence: | 60 months imprisonment to be followed by a 4 year term of supervised release. |
| Special Conditions: | The defendant shall participate in a program for substance abuse approved by the United States Probation Office, which may include testing. |
| Date Supervision Commenced: | March 28, 2003 |
| Other Court Action: | None |

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

U.S. Probation Officer of the Court, Cesar Polanco, alleges the offender has violated the following condition(s) of supervised release.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mandatory Condition: "The defendant shall not commit another federal, state, or local crime." |

According to Immigration and Naturalization Service report, On September 16, 2003, a United States Border Patrol agent observed four individuals illegally enter the United States by climbing the International Boundary fence at Calexico, California. The agent observed the group travel north and entered the Vons Supermarket. The agent maintained surveillance of the store and observed three of the individual exit the store. An hour later, the agent observed an individual later identified at Faustino Diaz park his vehicle and proceeded to walk into the store. The agent then observed Mr. Faustino Diaz exit the store with the fourth individual, later identified as Paola Lemos-Gaidames. Another agent stopped the vehicle and questioned the occupants. The passenger, Paola Lemos-Gaidames admitted to being a citizen of Mexico, and did not possess legal documents to be in the United States. The driver, Faustino Diaz stated he was a United States Citizen. The agents transported both individuals to the Border Patrol station for further questioning.