MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JUNE 6, 2008

HON. **PETER C. LEWIS**                    DEPUTY CLERK: **M. BEHNING**

08MJ8508-PCL    USA    VS    FAUSTINO DIAZ (1/C/ENG)

1: MATT HAGEN, FD
AUSA: JOHN WEIS

INITIAL APPEARANCE
ID/REMOVAL HEARING
================================================================
PCL08:1113-1128

ATTY FEDERAL DEFENDERS APPOINTED

NO BAIL

DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
WAIVER OF RULE  **32.1**  FILED
COURT ORDERS DEFT REMOVED FORTHWITH

GOVT TO SUBMIT THE WARRANT OF REMOVAL